# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re  LEGAL RECOVERY LLC                Case No.  24-30074

FILED
FEB 2 0 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ Debtor(s).  /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of  1  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:  2/20/24

/s/Leeds Disston
_____
Signature of Debtor's Attorney or Pro Per Debtor

VRMTG ASSET TRUST
C/O FAY SERVICING, LLC
C/O ZBS LAW LLP
30 CORPORATE PARK, STE 450
IRVINE, CA 92606

VRMTG ASSET TRUST
C/O FAY SERVICING, LLC
P.O. Box 111209
Nashville, TN 37222

Shirley Chao
709 Beechwood Drive
Daly City, CA 94015-3702

Shirley Chao
C/O Mark Romeo
601 Montgomery St Ste 400
San Francisco, CA 94111-2607

Joanne W Eng
9727 RIDGEBLUFF AVENUE
LAS VEGAS, NV 89148

Joanne W Eng
c/o WILLIAM C DEVINE II
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118

State Board Of Equalization
Account Reference Group MIC29
P.O. Box 942879
Sacramento, CA 94279-0029

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346