Fill in this information to identify the case:

Debtor name __LEGAL RECOVERY LLC__

United States Bankruptcy Court for the: __NORTHERN__ District of __CA__
(State)

Case number (If known): __24-30074__

**FILED**

FEB 2 0 2024

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
__VRMTG ASSET TRUST__

Creditor's mailing address
__C/O FAY SERVICING, LLC__
__P.O. Box 111209__
__Nashville, TN 37222__

Creditor's email address, if known
_____

Date debt was incurred __12/01/2005__

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
__VRMTG ASSET TRUST, Shirley Chao__

Describe debtor's property that is subject to a lien
949-953 Lombard Street
San Francisco, CA 94133
APN 0072-048

$ 3512644    $ 2,727,000

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
__Shirley Chao__

Creditor's mailing address
__709 Beechwood Drive__
__Daly City, CA 94015-3702__

Creditor's email address, if known
_____

Date debt was incurred __7/20/2010__

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
949-953 Lombard Street
San Francisco, CA 94133
APN 0072-048

$ 70000    $ 2,727,000

Describe the lien
deed of trust

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 3582644

Case: 24-30074    Doc# 14-1    Filed: 02/20/24    Entered: 02/20/24 15:22:33    Page 1 of 1

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| FAY SERVICING, LLC C/O ZBS LAW LLP 30 CORPORATE PARK, STE 450 IRVINE, CA 92606 | Line 2 1 | ___ ___ ___ ___ |
| Shirley Chao C/O Mark Romeo 601 Montgomery St Ste 400 San Francisco, CA 94111-2607 | Line 2 2 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2 ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D   Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 1