# United States Bankruptcy Court
## Northern District of California

In re: LEGAL RECOVERY LLC
Debtor(s)

Case No. 24-30074
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| J1K5 LLC<br>4848 MACARTHUR BLVD<br>OAKLAND, CA 94619 | | | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 2/20/2024

Signature: /s/DEMAS YAN, MANAGER

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FILED
FEB 2 0 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA