Joanne Eng
10120 W. Flamingo Rd. Suite 4
Las Vegas, NV 89148
Email: jwaneng9@gmail.com

FILED
FEB 20 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: LEGAL RECOVERY LLC<br><br>Debtor | Bankruptcy Court Case No: 24-30074 DM 11<br><br>NOTICE OF MOTION AND MOTION TO CONVERT DEBTOR'S CHAPTER 11 INTO CHAPTER 7 PURSUANT TO 11 U.S. CODE § 303(a) AND/OR TO APPOINTMENT OF TRUSTEE OR EXAMINER PURSUANT TO 11 U.S. CODE § 1104<br><br>Hearing Date: March 29, 2024<br>Time: 1:30 pm<br>Judge: Hon. Dennis Montali<br>Place: 450 Golden Gate Ave.,<br>16 Floor, Court Rm. 17<br>San Francisco, CA 94102 |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on the above mentioned date, place, and time or as soon thereafter as the matter may be heard, Co-Owner of the Debtor, will move the Court to convert the currently on file case from Chapter 11 filed by Demas Yan ("Yan") into Chapter 7.

MOTION TO CONVERT CHAPTER 11 INTO 7               1

This Motion to Convert will be based on this notice of motion, on the declaration of Joanne Eng ("Eng"), on the memorandum of points and authorities served and filed herein, and on such and other evidence as may be presented at the hearing of the Motion.

Dated: February 17, 2024

Respectfully submitted,

*[signature]*

Joanne Eng, Co-Owner

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

## INTRODUCTION

Eng believes that this Motion to Convert will stop Yan's vexatious litigations scheme and fraudulent claims.

Yan claimed, at the filing of the petition to Chapter 11 (docket Doc #1), that Legal Recovery has only one creditor which is an obvious fraud on the court. Legal Recovery, in fact is Yan, has multiple debts and judgments.

Undeterred by his losses at every court level to his creditors, Yan refuses to let his cases die and determines to abuse the legal system for his personal agenda. Legal Recovery is just a cell and the instant filing bankruptcy is just a game used by Yan to prejudice me.

As demonstrated below, the Court should grant this Motion to Convert and/or order the appointment of a trustee.

## BACKGROUND FACTS

Yan is deemed vexatious litigant by this Court on December 23, 2013 by Hon. Judge Thomas E. Carlson under Yan Chapter 7 case No. 04-33526 (AP No. 12-03129, Doc #27 & 28) and by the San Francisco Superior Court in 2015. Legal Recovery is deemed vexatious litigant and alter ego of Yan by the San Francisco Superior Court in 2023. Yan is disbarred for committing 27 counts of misconduct by the California State Bar in 2017 and the California Supreme Court affirmed the State Bar's disbarment in 2018.

Yan has a long running scheme to try to steal my property namely Lombard Street Property. This Court's January 4, 2015, Order of Contempt (Yan appealed it and the District Court affirmed it in full), should be the end of the Yan scheme. See this 2015 Order at the Eng Decl. at **Exhibit A**. However, Yan took his claim to San Francisco Superior Court and "won a judgment" and then foreclosed the Lombard Street Property without noticing me. In effect, Yan's instant claims in the name of Legal Recovery to overturn the previous final Orders of this Court and the District Court shall be deemed null and void (I will address this in a separate motion).

Now, I am forced to claim myself the Co-Owner of Legal Recovery because I am part owner to the Lombard Street Property. Legal Recovery claims that it owns the whole Lombard Street Property then I am the natural or legitimate part owner of it.

In the interest of justice and in preventing Yan from abusing the legal system and harassing me, the Court should convert this sham filing of Chapter 11 into Chapter 7 and appointment of a trustee.

## ARGUMENT

A. **Legal Standards Governing Motion to Convert**

Because Legal Recovery's instant filing and petition for Chapter 11 is a sham, this Chapter 11 should be converted to Chapter 7 under the proper administration of a bankruptcy

court trustee.

11 U.S. Code § 303(a) states that "An involuntary case may be commenced only under chapter 7 or 11 of this title, and only against a person, except a farmer, family farmer, or a corporation that is not a moneyed, business, or commercial corporation, that may be a debtor under the chapter under which such case is commenced."

Under 11 U.S. Code § 1104(a)(1)(2), appointment of trustee or examiner is a must, otherwise, it would allow Yan to abuse the bankruptcy process. The Code specifies that "(a) At any time after the commencement of the case but before confirmation of a plan, on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee—(1) for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of the case, or similar cause, but not including the number of holders of securities of the debtor or the amount of assets or liabilities of the debtor; or (2) if such appointment is in the interests of creditors, any equity security holders, and other interests of the estate, without regard to the number of holders of securities of the debtor or the amount of assets or liabilities of the debtor.

**B.      The Legal Recovery Chapter 11 is a Fraud and Convert it to Chapter 7 is Proper and Just**

No doubt, Yan uses the name of others to disguise and to defraud. This is exactly what this filing of Chapter 11 reflected. Because Legal Recovery is just a cell and a cell game is played by Yan to the detriment of his creditors, this Court should convert the Legal Recovery Chapter 11 into Chapter 7 or at the very least, the Court should appoint a trustee to prevent fraud and abuse.

## CONCLUSION

For any and all of the aforementioned reasons, the Court should grant the Motion.

Dated: February 17, 2024

Respectfully Submitted

_____
Joanne Eng, Co-Owner

## PROOF OF SERVICE

Case No.: 24-30074 DM 11

I am a legal resident of the United States, over the age of eighteen. My address is 10120 W. Flamingo Rd., Suite 4, Las Vegas, NV 89148.

On February 20, 2024, I served the attached:

NOTICE OF MOTION AND MOTION TO CONVERT DEBTOR'S CHAPTER 11 INTO CHAPTER 7 PURSUANT TO 11 U.S. CODE § 303(a) AND/OR TO APPOINTMENT OF TRUSTEE OR EXAMINER PURSUANT TO 11 U.S. CODE § 1104

On the interested parties as follows:

William Leeds Disston
Attorney for Debtor Legal Recovery LLC
409 13TH STREET, FLOOR 9
OAKLAND, CA 94612
510-835-8110

VRMTG ASSET TRUST
C/O FAY SERVICING, LLC
C/O ZBS LAW LLP
Creditor
30 Corporate Park, Suite 450,
Irvine, CA 92606

Bryant Fu
Creditor
337 28th Avenue
San Francisco, CA 94121

___X___ BY FIRST CLASS MAIL: On the interested party named above in said cause, by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at <u>Postal Office, Las Vegas</u> addressed as the above:

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Joanne Eng*