Phyllis Voisenat (SBN 159095)
Law Office of Phyllis Voisenat
1101 Marina Village Parkway, Suite 201
Alameda, CA 94501
Telephone Number: (510) 883-3798
Email Address: PVoisenat@gmail.com

Attorney for Interested Party and Creditor
MARTIN LEE ENG

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 24-30074 DM11 |
| Legal Recovery, LLC, | Chapter 11 |
| Debtor-In-Possession. | **REQUEST FOR SPECIAL NOTICE** |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE THAT** pursuant to Rule 2002 of the Federal Rules of Bankruptcy

Procedure and §1109(b) of the Bankruptcy Code, Interested Party and Creditor, Martin Lee Eng, by and

through his attorney, Phyllis Voisenat, Esq., requests that all notices given, or required to be given in

Chapter 11 Case No: 24-30074 DM11, be given to and served upon:

Phyllis Voisenat, Esq.,
Law Office of Phyllis Voisenat
1101 Marina Village Parkway, Suite 201
Alameda, CA 94501
Tel: 510 883-3798
Email: pvoisenat@gmail.com

Date: February 21, 2024          _____/s/_____
                                 Phyllis Voisenat, Esq.
                                 Attorney for Interested Party and
                                 Creditor Martin Lee Eng

- 1 -

Request for Special Notice

**COURT SERVICE LIST**

None.

Request for Special Notice