Gina R. Klump
Subchapter V Trustee
11 5th Street, Suite 102
Petaluma, CA 94952
Telephone: (707) 778-0111
gklump@klumplaw.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                          ) Case No.:  24-30074 DM
                                ) Chapter 11(V)
LEGAL RECOVERY LLC,             )
                                )
                                ) **REQUEST FOR NOTICE**
                Debtor.         )
                                )
                                )
                                )
_____

        Gina R. Klump, Subchapter V Trustee, hereby requests notice of
all filings in this case.

   Date: February 23, 2024        By:  s/ Gina R. Klump_____
                                      Gina R. Klump
                                       Subchapter V Trustee