Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com



FILED

MAR -7 2024

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

    Debtor

Case No.: 24-30074 DM

Chapter 11

APPLICATION FOR EMPLOYMENT OF ATTORNEY FOR DEBTOR AND DEBTOR IN POSSESSION

LEGAL RECOVERY, LLC, Debtor and Debtor in possession herein, respectfully represents:

1. On February 6, 2024, Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code.
2. Debtor wishes to employ The Law Offices of Leeds Disston ("Attorney"), to assist with the preparation of Debtor's Chapter 11 Petition, preparation of schedules, to provide advice and counseling as to the bankruptcy proceedings, respond to court documents and pleadings, to prepare a Chapter 11 plan and disclosure statement, to attend court hearings on Debtor behalf, and to prepare a final decree.
3. Debtor's have selected this attorney for the reason that the Attorney has agreed to assist Debtor with this bankruptcy filing and will be able to advise Debtor on obligations during this bankruptcy proceeding.
4. Debtor wish to employ the attorney, and attorney has agreed to work on this case without seeking compensation from Debtor.
5. Debtor has never employed this attorney and to the best of Debtor's knowledge, neither Attorney nor any member of his office has any interest adverse in this case or in any of the matters upon which he is to be engaged, and Debtor believe attorney's employment

would be in the best interests of this estate. Further, neither Attorney nor any member of his office is an insider, has or holds any interests of ours, is related to Debtor in any way except as Debtor's attorney, and otherwise has no stake in Debtor's assets or liabilities. Furthermore, neither Attorney nor any member of his staff is related to Debtor, Debtor's accountants or attorneys, except as Debtor's attorney, or to debtor's creditors, their respective attorneys or accountants, or to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

WHEREFORE, Debtor pray that Debtor be authorized to employ Leeds Disston as attorney and that Debtor have further relief as is just.

Dated: February 26, 2024

/s/Demas Yan

Responsible Individual