Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com



FILED

MAR -7 2024

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

    Debtor

Case No.: 24-30074 DM

Chapter 11

ATTORNEY DISCLOSURE STATEMENT

I, Leeds Disston, declare:

1. I am an attorney at law licensed to practice before all the courts of this State and this Court.
2. I maintain my main law office at 300 Frank H Ogawa Plz, Ste 205, Oakland, CA 94612
3. I have not received compensation for this case from any source.
4. I do not have an agreement with the debtor for compensation, and I will not make any motion for attorney fee in this case.
5. I have a fee agreement for general legal services with Demas Yan, the manager of the debtor.
6. The services to be rendered are all ordinary and necessary legal services in connection with representing the debtor in its Chapter 11 case. The services does not include preparation and consultation of monthly operating statements or tax advice relating to those statements.
7. I have not shared nor agreed to share my compensation with anyone.
8. Neither myself nor any member of my office is an insider, has or holds any interests of debtor's, is related to debtor in any way except as debtor's attorney, and otherwise has no stake in debtor's assets or liabilities. Further, neither I nor any member of my staff is

- 1

related to debtor, its accountants or attorneys, except as debtors attorney, or to debtor's creditors, their respective attorneys or accountants, or to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2024

/S/ Leeds Disston, Esq.

Proposed Attorney for Debtor