Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

    Debtor

Case No.: 24-30074 DM
Chapter 11

OPPOSITION TO JOANNE ENG'S MOTION TO CONVERT DEBTOR'S CHAPTER 11 INTO CHAPTER 7

Date: March 29, 2024
Time: 10:00 a.m.
Via Tele/Video Conference
www.canb.uscourts.gov/calendar

MOTION IS BASELESS

The instant motion by Joanne Eng (Ms. Eng) is devoid of facts to support a motion to convert.

Ms. Eng's contention is that she is part owner of the property known as 949-953 Lombard Street, San Francisco (the "Lombard Street Property"). Ms. Eng's claim is belied by the judgment entered in San Francisco Superior Court Case No. CGC 15-548357 on October 7, 2021, in which it declared that LEGAL RECOVERY LLC (LR) is the owner of 100% of the economic interest in LOMBARD FLATS LLC (which was the title owner of the Lombard Street Property); a money judgment of $2,453,393.60 was entered in favor of LR, and that LR may seize, execute on or foreclose on LOMBARD FLATS LLC's properties. Subsequently, LR obtained a Writ of Execution and a Sheriff's Sale of the Lombard Street Property was conducted on January 30, 2024 at which LR was the purchaser. The Sheriff's Deed was recorded on Feb. 5, 2024,

- 1 -

transferring full ownership of the Lombard Street Property to LR.   Therefore, Ms. Eng's claim is baseless, and the instant motion should be denied.

Dated:  3/8/2024

/s/Leeds Disston

- 2 -

Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

    Debtor

Case No.: 24-30074 DM
Chapter 11

DECLARATION OF LEEDS DISSTON IN SUPPORT OF OPPOSITION TO JOANNE ENG'S MOTION TO CONVERT DEBTOR'S CHAPTER 11 INTO CHAPTER 7

Date: March 29, 2024
Time: 10:00 a.m.
Via Tele/Video Conference
www.canb.uscourts.gov/calendar

I, Leeds Disston, declare:

1. I am the attorney for Legal Recovery LLC (LR).
2. On 7/8/2015, LR obtained a judgment of $1,507,302.92 against MARTIN ENG (ENG) in San Francisco Superior Court Case No. CGC 14-542378, a charging order against ENG's membership interest in LOMBARD FLATS LLC, which was the title owner the property known as 949-953 Lombard Street, San Francisco, (the "Lombard Street Property"), and foreclosed on the charging order lien and acquired all of ENG's interest in LOMBARD FLATS LLC.
3. In San Francisco Superior Court Case No. CGC 15-548357, LR sued ENG, LOMBARD FLATS LLC, and other defendants for conspiracy on fraudulent conveyances. On October 7, 2021, the trial court issued the Statement of Decision and Judgment (the "Judgment"). The Judgment set aside various fraudulent conveyances, declared ENG the sole member and that LR is the owner of 100% of the economic interest in LOMBARD

- 1 -

FLATS LLC; entered a money judgment of $2,453,393.60 in favor of LR, and that LR may seize, execute on or foreclose on LOMBARD FLATS LLC's properties. Subsequently, LR obtained a Writ of Execution and a Sheriff's Sale of the Lombard Street Property was conducted on January 30, 2024 at which LR was the purchaser. The Sheriff's Deed was recorded on Feb. 5, 2024, transferring full ownership of the Lombard Street Property to LR.

I declare under penalty of perjury under the law of California that the foregoing is true and correct.

March 8, 2024

/s/ Leeds Disston
Attorney for Legal Recovery LLC

- 2 -