JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
For potentially Interested Party Vos

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                                                ) No: 24-30074 DM
    LEGAL RECOVERY, LLC,    Debtor    )    (Chapter 11)
_____)

**REQUEST FOR NOTICE**

    The undersigned requests inclusion on the mailing list for this case and electronic notice of proceedings:

    JOHN A. VOS
    1430 Lincoln Avenue
    San Rafael, CA 94901

    InvalidEMailECFOnly@gmail.com

Dated: 18 March 2024                  __/s/_____
                                              John A. Vos