United States Bankruptcy Court

Northern District of California

In re:     Case No. 24-30074-DM

Legal Recovery LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3     User: admin     Page 1 of 2
Date Rcvd: Apr 04, 2024     Form ID: pdfeoc     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Legal Recovery LLC, PO Box 225254, San Francisco, CA 94122-5254 |
| reqntc | + | Joanne Eng, 10120 W Flamingo Rd, Ste 4, Las Vegas, NV 89147-8394 |
| cr | + | Martin Eng, 953 Lombard Street, San Francisco, CA 94133-2217 |
| 15593278 | + | Joanne W Eng, 9727 Ridgebluff Ave, Las Vegas, NV 89148-4652 |
| 15594595 | + | Joanne W Eng, c/o WILLIAM C DEVINE II, 5940 S. Rainbow Blvd, Las Vegas, NV 89118-2540 |
| 15594593 | | Shirley Chao, 709 Beechwood Drive, Daly City, CA 94015-3702 |
| 15594594 | | Shirley Chao, C/O Mark Romeo, 601 Montgomery St Ste 400, San Francisco, CA 94111-2607 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15594611 | | Email/Text: itcdbg@edd.ca.gov | Apr 05 2024 00:08:00 | Employment Development Department, Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 15594667 | + | Email/Text: bankruptcy@zbslaw.com | Apr 05 2024 00:08:00 | Fay Servicing, LLC, c/o ZBS Law LLP, 30 Corporate Park Ste 450, Irvine CA 92606-3401 |
| 15594612 | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 05 2024 00:08:00 | Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15593173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2024 00:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15594610 | | Email/Text: USCBNotices@cdtfa.ca.gov | Apr 05 2024 00:08:00 | State Board of Equalization, Account Reference Group MIC29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| 15594592 | + | Email/Text: ECF@fayservicing.com | Apr 05 2024 00:08:00 | VRMTG ASSET TRUST, C/O FAY SERVICING, LLC, P.O. Box 111209, Nashville, TN 37222-1209 |
| 15583830 | + | Email/Text: bankruptcy@zbslaw.com | Apr 05 2024 00:08:00 | VRMTG Asset Trust, c/o Fay Servicing, LLC, c/o ZBS Law LLP, 30 Corporate Park, Ste 450, Irvine, CA 92606-3401 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | John Vos |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christina Lauren Goebelsmann | on behalf of U.S. Trustee Office of the U.S. Trustee / SF christina.goebelsmann@usdoj.gov |
| Gina R. Klump | gklump@klumplaw.net C204@ecfcbis.com |
| John A. Vos | on behalf of Interested Party John Vos InvalidEMailECFonly@gmail.com PrivateECFNotice@gmail.com |
| Leeds Disston | on behalf of Debtor Legal Recovery LLC casdiss@yahoo.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Phyllis N. Voisenat | on behalf of Creditor Martin Eng pvoisenat@gmail.com |
| Trevor Ross Fehr | on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov |

TOTAL: 7

Signed and Filed: April 4, 2024



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LEGAL RECOVERY, LLC,<br><br>                Debtor. | ) Bankruptcy Case<br>) No. 24-30074-DM<br>)<br>) Chapter 11<br>) Subchapter V<br>)<br>) Date:  May 17, 2024<br>) Time:  10:00 AM<br>) Via Tele/Videoconference<br>) www.canb.uscourts.gov/calendars<br>) |

**ORDER CONTINUING STATUS CONFERENCE**

    IT IS HEREBY ORDERED that the court will hold a continued status conference on May 17, 2024, at 10:00 AM before the Honorable Dennis Montali. Debtor shall file a status conference statement no later than May 10, 2024.

    All hearings will be conducted by telephone or video conference unless otherwise noted. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

    The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If parties have questions about how to participate in

-1-

a video or telephonic hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

COURT SERVICE LIST

All Creditors