Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br>LEGAL RECOVERY, LLC<br><br>　　　　　　　　　　　　Debtor,<br><br>―――――――――――――――<br><br>CHARLES LI,<br>　　　　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>LEGAL RECOVERY, LLC,<br>　　　　　　　　　　　　Defendant | Case No.: 24-30074<br>Chapter 11<br><br>A.P. No. _____<br><br>COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT (11 U.S.C. §§523(a)(2)(A), 523(a)(4), 523(a)(6)) |

1. Debtor and defendant herein filed a petition for relief under Chapter 11 of the Bankruptcy Code on February 6, 2024.

2. This Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 523.

3. This is a core proceeding over which this Court has jurisdiction under title 28 U.S.C. §157(b)(2)(I).

4. Venue is proper under 28 U.S.C. § 1409(a).

5. Plaintiff is a natural person residing in this judicial district.

6. Debtor is an alter ego of Demas Yan, a natural person and former attorney disbarred by the State Bar of California. Debtor was formed by Demas Yan, who exercises sole and exclusive control over it. Demas Yan and debtor have commingled their assets, income, and resources. Demas Yan formerly placed his mother Tina Yan as the figurehead manager of debtor, even though she had dementia, as was revealed when she filed her own bankruptcy petition in this Court (Case No. 22-30407). Demas Yan's control over and manipulation of debtor and defendant, his mother, and his father are detailed in I*n re Lombard Flats, LLC*, No. 15-CV-00870-PJH, 2016 WL 1161593, at *7 (N.D. Cal. Mar. 23, 2016). His hiding of assets through relatives is detailed in *Li v. Yan*, 247 Cal.App.4th 56 (2016), and *In re Yan*, No. BAP NC-10-1476-JUHPA, 2011 WL 2923855 (B.A.P. 9th Cir. July 11, 2011).

7. On May 7, 2013, plaintiff obtained a judgment against Demas Yan for professional malpractice, unauthorized practice of law, and fraud in *Charles Li v. Demas Yan*, CGC-10-497990 (San Francisco Superior Court). The fifth amended judgment was entered on November 30, 2018 for $1,498,422.01. It has not been satisfied, and additional judgment interest and attorneys' fees have accrued.

8. On June 24, 2016, plaintiff obtained a judgment against Demas Yan, his mother, and two brothers in law for fraudulent transfer in *Charles Li v. Thai Ming Chiu, et al.*, CGC-14-537574 (San Francisco Superior Court). The action was a proceeding to enforce and collect on plaintiff's judgment in *Li v. Yan*. The amount outstanding, including additional attorneys' fees, is approximately $3,000,000.

9. Under 11 U.S.C. § 523(a)(2), (a)(4) and (a)(6), Debtor's indebtedness to Plaintiff is nondischargeable.

PRAYER

Wherefore, plaintiff PRAYS that the Court enter a judgment or order:

1. Determining that debtor's debt to plaintiff is nondischargeable.

2
COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT (11 U.S.C. §523(a)(2), (a)(4), 523(a)(6))
Case: 24-30074  Doc# 50  Filed: 05/03/24  Entered: 05/03/24 19:20:05  Page 2 of 3

2. Awarding plaintiff an amount subject to proof but no less than $3,000,000.

3. Awarding interest and reasonable attorneys' fees and costs.

4. Awarding such other relief as is just and proper.

DATED: May 3, 2024

          /s/ Duy Thai
          Duy Thai
          Attorney for Charles Li