Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LEGAL RECOVERY, LLC

    Debtor

Case No.: 24-30074 DM
Chapter 11

STATUS CONFERENCE STATEMENT

Date: May 17, 2024
Time: 10:00 a.m.
Via Tele/Video Conference
www.canb.uscourts.gov/calendar

Debtor Legal Recovery LLC, as and for its Status Conference Statement, states as follows:

1. Debtor has timely filed the Subchapter V plan on 05/06/2024. An amended plan will be filed after negotiations are complete with secured creditors.
2. The Court granted debtor's motion to annul the automatic stay in Case no. 24-30047 (In re. Lombard Flats, LLC), which concerns debtor's main asset, the property known as 949-953 Lombard Street, San Francisco (the "Lombard Street Property"). Debtor had filed an unlawful detainer action on 2024-02-09, SF Case no. CUD-24-674202, to evict unauthorized persons residing at the Lombard Street Property. This action is pending and the outcome will have material effect on the plan.
3. There are three pending adversary proceedings. Debtor will move to dismiss those cases.
4. The meeting of creditors under 11 U.S.C. § 341(a) was continued to May 14, 2024. Debtor anticipates that it will complete the continued meeting of creditors.
5. Debtor anticipates that it will file an amended Employment Application for its counsel.
6. Debtor has timely filed all monthly operating reports due. Debtor has no post-petition income, cash collateral or taxes due.

May 13, 2024
/s/ Leeds Disston
Attorney for Legal Recovery LLC

- 1 -