Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

    Debtor.

Case No.: 24-30074 DM

Chapter 11

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: Tony Fu
CLAIM NO: 4

Date: TBD
Time: 10:00 AM
Via Tele/Videoconference
www.canb.uscourts.gov/calendars

1. <u>The Debtor object to the allowance of the claim described as:</u>

   05/09/2024    Claim #4 filed by Tony Fu, Amount claimed: $212909.00

2. This objection to claim is based upon the following grounds:
   There is no written statement setting forth sufficient and necessary factual and legal basis for creditor's claim(s);
   There is no itemized statement in support of the amount claimed;
   Failure to meet the requirement of Rule 3001(c) [creditor has the burden of producing and attaching to the proof of claim the documentary proof to support the claim] to support the amount claimed.

3. The Objecting Party will ask the Court to enter an Order providing that the claim is disallowed in its entirety.

4. Total number of attached pages of supporting documentation:
   Copy of Claim (absent attachments/exhibits) – 3 pages

- 1 -

NOTICE IS HEREBY GIVEN, pursuant to FRBP 3007, as modified by B.L.R. 33 007-1(c) and 9014-1, that: (1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice;

(2) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(3) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

(4) In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: May 20, 2024
/s/ Leeds Disston
Attorney for debtor Legal Recovery LLC

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is PO BOX 225254, San Francisco, CA 94122.

On the date noted below, I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING:

By first-class United States Mail addressed to the Claimant:
Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121

By email: TONY FU <tonydxfu@gmail.com>

By ECF: registered recipients will receive notice upon electronic filing of the documents.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 5/20/24
/s/Bill Mora

| Fill in this information to identify the case: |
|---|
| Debtor 1    Legal Recovery LLC |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Northern District of Callforn |
| Case number    24-30074 DM 11 |



Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Tony Fu
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Tony Fu
Name

5813 Geary Blvd., PMB 188
Number    Street

San Francisco    CA    94121
City    State    ZIP Code

Contact phone (415) 830 - 9929

Contact email tonydxfu@gmail.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. Do you have any number you use to identify the debtor?
   - ☐ No
   - ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __0__ __0__ __7__ __4__

7. How much is the claim? $_____212,909.00__. Does this amount include interest or other charges?
   - ☑ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Judgment & Sanction Award, and other legal claims

9. Is all or part of the claim secured?
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property.

     Nature of property:
     - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
     - ☐ Motor vehicle
     - ☐ Other. Describe: _____

     Basis for perfection: _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     Value of property: $_____
     Amount of the claim that is secured: $_____
     Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     Amount necessary to cure any default as of the date of the petition: $_____

     Annual Interest Rate (when case was filed)_____%
     - ☐ Fixed
     - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/08/2024
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Tony Fu
First name — Middle name — Last name

Title: Creditor

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 5813 Geary Blvd., PMB 188
Number   Street

San Francisco    CA    94121
City             State ZIP Code

Contact phone: (415) 830 - 9929    Email: tonydxfu@gmail.com