WRIGHT, FINLAY & ZAK, LLP
Arnold L. Graff, Esq., SBN 269170
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
agraff@wrightlegal.net

*Attorneys for Secured Creditor,* US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust, and its authorized servicer, Fay Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 24-30074 DM |
| LEGAL RECOVERY, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF ELECTION UNDER 11 U.S.C. § 1111(b)** |
| | Hearing Date: August 2, 2024 |
| | Hearing Time: 10:00 a.m. |
| | Location: United States Bankruptcy Court |
| | 450 Golden Gate Ave., 16th Fl. |
| | San Francisco, CA |
| | **Zoom or AT&T Conference** |

**TO THE HONORABLE JUDGE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND DEBTOR-IN-POSSESSION, THEIR COUNSEL OF RECORD, IF ANY, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT,** pursuant to Bankruptcy Rule 3014(a) and 11 U.S.C. § 1111(b), US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust, and its authorized servicer, Fay Servicing, LLC ("Secured Creditor" or "US Bank"), hereby elects application of 11 U.S.C. § 1111(b) to its pre-

petition claim of approximately $3,530,573.15, which is secured by the real property collateral of Legal Recovery, LLC ("Debtor"), which Debtor allegedly obtained via Sherriff's Sale in early 2024.[1] Moreover, any and all post-petition fees and costs incurred pre-confirmation, should also be treated as fully secured under Debtor's Plan pursuant to 11 U.S.C. § 1111(b) (*See In re SNTL Corp.,* 571 F.3d 826 (9th Cir. 2009); *See also* In re Castillo, 488 B.R. 441, 2013 Bankr. LEXIS 912, 57 Bankr. Ct. Dec. 207, 2013 WL 953334 (Bankr. C.D. Cal. March 8, 2013).

Considering the above, Secured Creditor's pre-petition claim of $3,530,573.15, plus Secured Creditor's post-petition, pre-confirmation fees and costs, once determined and substantiated, should all be treated as fully secured under 11 U.S.C. § 1111(b), notwithstanding any valuation pursuant to 11 U.S.C. § 506(a).

**WRIGHT, FINLAY & ZAK, LLP**

Dated: June 6, 2024        By: */s/ Arnold L. Graff*

ARNOLD L. GRAFF, Esq.
Attorneys for Secured Creditor, US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust, and its authorized servicer, Fay Servicing, LLC

---

[1] Notwithstanding making this election pursuant to 1111(b), Secured Creditor expressly reserves the right to object to plan confirmation and/or to seek relief from the automatic stay on whatever basis it possesses in this chapter 11, Subchapter V Case. Secured Creditor also reserves the right to withdraw its election should the proposed plan be subsequently amended in a way that substantially alters the currently proposed treatment of Secured Creditor's claim, or the parties otherwise reach a voluntary agreement as to treatment.

Case: 24-30074   Doc# 74   Filed: 06/06/24   Entered: 06/06/24 15:10:26   Page 2 of 6
Page 2 of 2

**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
agraff@wrightlegal.net

Attorneys for Movant, US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No.: 24-30074-DM |
| | Chapter: 11 |
| LEGAL RECOVERY, LLC, | |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |

    I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On 06/07/2024, I served the foregoing document described as **NOTICE OF ELECTION UNDER 11 U.S.C. § 1111(b) and CERTIFICATE OF SERVICE** on the interested parties in this action as follows:

[X]    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X]    (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on 6/6/2024, at Newport Beach, California.

 /s/ Jackie Powell
JACKIE POWELL

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

Leeds Disston   casdiss@yahoo.com
Christina Lauren Goebelsmann   christina.goebelsmann@usdoj.gov
Arnold L. Graff   agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net
Michael G. Kasolas   trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov
Phillip John Shine   phillip.shine@usdoj.gov
Marc Voisenat   marcvoisenatlawoffice@gmail.com, R47338@notify.bestcase.com

**PARTIES SERVED BY US MAIL:**

Legal Recovery LLC
PO Box 225254
San Francisco, CA 94122

Legal Recovery LLC
953 Lombard Street
San Francisco, CA 94133

Legal Recovery LLC
949-953 Lombard St.
San Francisco, CA 94133
*(Via Deed of Trust)*

Legal Recovery LLC
949 Lombard St., #953
San Francisco, CA 94133-2217
*(Via USPS.com)*

Leeds Disston
Casalina & Disston
300 Frank Ogawa Plaza, Suite 205
Oakland, CA 94612

Gina R. Klump, Trustee
11 5th Street, Suite 102
Petaluma, CA 94952

Office of the U.S. Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Trevor Ross Fehr
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814