Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>LEGAL RECOVERY, LLC<br><br>Debtor. | Case No.: 24-30074 DM<br><br>Chapter 11<br><br>REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE<br><br>CLAIMANT: Bryant Fu & Crystal Lei<br>CLAIM NO: 7 |

The Debtor requests an Order sustaining the objection to the above claim pursuant to Local Rule 9014-1. On May 20, 2024, a copy of OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE was served on Claimant as follows:

By first-class United States Mail addressed to the Claimant:
Bryant Fu & Crystal Lei
337 28th Avenue
San Francisco, CA 94121

By email: Bryant Fu <bfu.law1@gmail.com> Crystal Lei <lei.litigation@gmail.com>

More than thirty (30) days have elapsed since such service and I have been served with no response or request for hearing. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2024
/s/ Leeds Disston
Attorney for debtor Legal Recovery LLC

- 1 -

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is PO BOX 225254, San Francisco, CA 94122.

On the date noted below, I served this
REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE

By first-class United States Mail addressed to the Claimant:
Bryant Fu & Crystal Lei
337 28th Avenue
San Francisco, CA 94121

By email: Bryant Fu <bfu.law1@gmail.com> Crystal Lei <lei.litigation@gmail.com>

By ECF: registered recipients will receive notice upon electronic filing of the documents.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 6/28/2024
/s/Bill Mora