Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

Signed and Filed: July 2, 2024



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

    Debtor.

Case No.: 24-30074 DM

Chapter 11

ORDER ON OBJECTION TO CLAIM

CLAIMANT: Bryant Fu & Crystal Lei
CLAIM NO:  7

Upon consideration of the REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM to the above Claim and good cause appearing therefore,

IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered and the Objection is sustained. Claim No. 7 filed on 05/13/2024 by Bryant Fu & Crystal Lei is disallowed in its entirety.

**END OF ORDER**

## COURT SERVICE LIST

Bryant Fu & Crystal Lei
337 28th Avenue
San Francisco, CA 94121