# Notice Recipients

District/Off: 0971–3     User: admin     Date Created: 7/2/2024
Case: 24–30074     Form ID: pdfeoc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr     Bryant Fu     337 28th Avenue     San Francisco, CA 94121 UNITED STATES

TOTAL: 1