# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/2/2024 |
| Case: 24–30074 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Crystal Lei      337 28th Ave.      San Francisco, CA 94121

TOTAL: 1