Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

**Signed and Filed: July 2, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

LEGAL RECOVERY, LLC

     Debtor.

Case No.: 24-30074 DM

Chapter 11

ORDER ON OBJECTION TO CLAIM

CLAIMANT:   Joanne Eng
CLAIM NO:    5

Upon consideration of the REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM
to the above Claim and good cause appearing therefore,

IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered and the
Objection is sustained. Claim No. 5 filed on 05/10/2024 by Joanne Eng is disallowed in its
entirety.

**END OF ORDER**

- 1 -

COURT SERVICE LIST

Joanne Eng
10120 W Flamingo Rd Suite 4
Las Vegas, NV 89148

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2