

Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for debtor

Signed and Filed: July 2, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br>LEGAL RECOVERY, LLC<br>　　　　Debtor. | Case No.: 24-30074 DM<br><br>Chapter 11<br><br>ORDER ON OBJECTION TO CLAIM<br><br>CLAIMANT:  Tony Fu<br>CLAIM NO: 4 |

Upon consideration of the REQUEST FOR DEFAULT ORDER RE OBJECTION TO CLAIM to the above Claim and good cause appearing therefore,

IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered and the Objection is sustained.  Claim No. 4 filed on 05/09/2024 by Tony Fu is disallowed in its entirety.

**END OF ORDER**

- 1

## COURT SERVICE LIST

Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121