Bryant Fu and Crystal Lei
337 28th Avenue
San Francisco, CA 94121

Tony Fu
5813 Geary Blvd., PMB 188
San Francisco, CA 94121

Plaintiffs and Creditors in Pro Se

FILED
JUL 18 2024
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Legal Recovery, LLC<br><br>Debtor. | Case No.: 24-30074<br><br>Chapter 11<br><br>**CREDITORS' MOTION FOR RECONSIDERATION OF ORDERS DISALLOWING CLAIMS NO. 4 AND 7**<br><br>Date: August 16, 2024<br>Time: 10:00 AM<br>Crtrm: Zoom or AT&T Conference<br>　　　[Appearances by Tele/Videoconference (AT&T/Zoom)　]<br>Judge: Hon. Dennis Montali<br>Place: United States Bankruptcy Court<br>　　　450 Golden Gate Ave., 16th Floor<br>　　　San Francisco, CA<br><br>Dkt. Nos. 94, 96 |

Creditors BRYANT FU ("Bryant Fu"), CRYSTAL LEI ("Lei") and TONY FU ("Tony Fu") (collectively referred to as the "Creditors") hereby moves for an order reconsidering orders disallowing claims number 4 and 7 pursuant to Federal Rules of Bankruptcy Procedure, Rule 3008 and 11 U.S.C. section 502(j). Creditors request for the defaults to be set aside and their claims to be reinstated for the following reasons.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On May 20, 2024, Debtor filed objections to claims nos. 4 and 7 ("Objections"). The Court's docket nos. 57 and 60 show the text: "DEFECTIVE ENTRY: Notice of Hearing or Opportunity for Hearing must be filed separately." Creditors mistakenly believed that any

responsive deadline would only count from the date a separately filed notice is lodged with the Court. (Declaration of Bryant Fu in support ["Fu Decl."] ¶ 2.) Because a separate notice was never filed, Creditors made the mistake of not timely responding and amending the claim.[1] (Id.) That was further compounded by Creditors not finding appropriate bankruptcy counsel. (Id.) Creditors' error was not intentional and they will take further precautions to prevent any future lapses. (Id.)

Creditors' claims are based on lawsuits pending in San Francisco Superior Court against Debtor Legal Recovery, LLC ("Debtor") for fraudulent transfers facilitated by Debtor to hide assets belonging to judgment debtors Demas Yan and Tina Yan. (Fu Decl., Exhs. A and B.) The procedural error resulting in Creditors' default would allow Debtor to get away with defrauding Creditors of recovery against it, and this substantially and unfairly prejudices Creditors. As Debtor has not yet proposed a viable plan, there is no prejudice to the administration of this bankruptcy. Therefore, Creditors request that the defaults be set aside and their proofs of claim (nos. 4 & 7) be reinstated.

DATED: July 18, 2024                    Respectfully submitted,

_____
Bryant Fu
Creditor in Pro Se

_____
Crystal Lei
Creditor in Pro Se

_____
Tony Fu
Creditor in Pro Se

---

[1] Creditors filed amended proofs of claim on the morning of July 2, 2024 that substantially resolved the objections raised by Debtor. In the afternoon, the Court issued orders entering defaults and disallowing the claims (Dkt. Nos. 94 & 96.)

CREDITORS' MOTION FOR RECONSIDERATION OF ORDERS DISALLOWING CLAIMS NO. 4 AND 7