Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LEGAL RECOVERY, LLC<br><br>    Debtor<br>. | Case No.: 24-30074 DM<br>Chapter 11<br><br>RESPONSE TO ORDER TO SHOW CAUSE RE EMPLOYMENT OF COUNSEL<br><br>Date:  August 2, 2024<br>Time: 10:00 a.m.<br>Via Tele/Video Conference<br>www.canb.uscourts.gov/calendar |

Debtor Legal Recovery LLC, for its response to order to show cause, states as follows:

1. Debtor has filed a second amended Employment Application for its proposed counsel on July 19, 2024 with supporting documents in response to the issues raised in the objections [Doc# 127].

July 19, 2024
/s/ Leeds Disston
Attorney for Legal Recovery LLC

- 1