Duy Thai, SBN 157345
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Creditor Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>LEGAL RECOVERY, LLC<br><br>                      Debtor, | Case No.: 24-30074<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

PROOF OF SERVICE

I declare that I am employed in the City and County of San Francisco, California. My business address is One Sansome Street, Suite 3500, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within-entitled cause of action or proceeding.

Today, I caused the document attached hereto as Exhibit A:

**PROPOSED ORDER**

to be served via the Court's Notice of Electronic Filing and hyplerlink, pursuant to controlling General Orders and LBR. On July 30, 2024, the foregoing document the CM/ECF docket for this bankruptcy case identified the following persons on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| **Jeffrey A Cogan** | jeffrey@jeffreycogan.com |
| **Leeds Disston** | casdiss@yahoo.com |
| **Trevor Ross Fehr** | trevor.fehr@usdoj.gov |
| **Christina Lauren Goebelsmann** | christina.goebelsmann@usdoj.gov |
| **Arnold L. Graff** | agraff@wrightlegal.net |
| **Phyllis N. Voisenat** | pvoisenat@gmail.com |
| **John A. Vos** | InvalidEMailECFonly@gmail.com |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on July 30, 2024.

/s/ Duy Thai