Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LEGAL RECOVERY, LLC

    Debtor
.

Case No.: 24-30074 DM
Chapter 11

STATUS CONFERENCE STATEMENT

Date: August 9, 2024
Time: 11:30 a.m.
Via Tele/Video Conference
www.canb.uscourts.gov/calendar

Debtor Legal Recovery LLC, for its Status Conference Statement, states as follows:

1. Debtor has filed the First Amended Subchapter V Plan on 2004-07-31 (Doc# 137). The proposed effective date of this Plan is the first business day following the date that is 14 days after the entry of the final confirmation order. The Plan proposes to pay creditors from projected income, infusion of capital from time-to-time as may be necessary, and from loan proceeds or sale of assets for balloon payment as provided under the Plan. The liquidation analysis attached to the Plan as Exhibit "A" shows that unsecured creditors would receive $ 0.00 if the assets were liquidated in Chapter 7. The disposable income analysis attached to the Plan as Exhibit "B" shows that the projected income for the 36 months duration of the Plan is $ 324,000.00 with a monthly shortfall of $ 340.17. The Effective Date Feasibility Analysis attached to the Plan as Exhibit "C" states that Debtor will inject capital of $ 23,467.62 after filing of the Plan and before the effective date of the Plan to cover the projected payments as indicated in the Plan that are due on the effective date as well as the projected total monthly shortfalls for the duration of the Plan. The projected Net Cash on Effective Date, after making payments that are due on effective date, is $12,245.99.

- 1

2. Debtor and the secured creditor VRMTG Asset Trust (US Bank) have been in good-faith negotiations up to today with proposals from both sides. Debtor will continue the effort and asks the Court to set a confirmation hearing on the Plan.

3. Debtor has obtained property insurance from the California FAIR Plan Association as to the Lombard Street property, effective August 8, 2024 (Policy # COMQ0300836360).

4. Debtor has timely filed all monthly operating reports.

August 8, 2024
/s/ Leeds Disston
Attorney for Legal Recovery LLC

- 2 -