Entered on Docket
August 13, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 13, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



1  CHRISTINA L. GOEBELSMANN
   (SBN 273379)
2  Assistant United States Trustee
   TREVOR R. FEHR
3  (SBN 316699)
   Trial Attorney
4  U.S. DEPARTMENT OF JUSTICE
   Office of the United States Trustee
5  450 Golden Gate Ave., Rm. 05-0153
   San Francisco, CA 94102
6  Telephone: (415) 705-3333
   Telecopier: (415) 705-3379
7  Email: Trevor.fehr@usdoj.gov

8  Attorneys for TRACY HOPE DAVIS
   United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 24-30074 DM |
| LEGAL RECOVERY, LLC, | Chapter 11 |
| Debtor. | Hearing Date: August 9, 2024<br>Time: 11:30 am<br>Place: Telephonic/Videoconference |

## ORDER DENYING APPLICATIONS TO EMPLOY

On August 9, 2024, the Court held a hearing on the *Order to Show Cause Re Employment of Counsel* (ECF No. 98, the "Order to Show Cause") regarding *The Application to Employ Leeds Disston as Debtor's Attorney* (ECF No. 31); *The United States Trustee's Objection to the Application to Employ the Law Offices of Leeds Disston as Attorney* (ECF No. 33); *The First Amended Application to Employ Leeds Disston as Attorney* (ECF No. 66); *The United States Trustee's Objection to the First Amended Application to Employ Leeds Disston as Attorney* (ECF No. 69); *The Second Amended Application to Employ Leeds Disston as Attorney* (ECF No. 127); *The Debtor's Response to the Order to Show Cause Re Employment of Counsel* (ECF No. 128); and *The United*

*States Trustee's Response to the Order to Show Cause Re Employment of Counsel* (ECF No. 145). The aforementioned Applications to Employ will hereby be referred to as "The Applications to Employ Leeds Disston as Attorney for the Debtor Legal Recovery, LLC." ECF Nos. 31, 66, *and* 127. The aforementioned Objections to the Applications to Employ will be hereby referred to as "The United States Trustee's Objections to the Applications to Employ the Law Offices of Leeds Disston as Attorney for the Debtor Legal Recovery, LLC." ECF Nos. 33 *and* 69. Appearances were as noted on the record. Upon due consideration of the pleadings and argument of the parties, and for the reasons stated on the record,

    IT IS HEREBY ORDERED that:

    1. The United States Trustee's Objections to the Applications to Employ Leeds Disston as Attorney for the Debtor Legal Recovery, LLC are sustained;

    2. The Applications to Employ Leeds Disston as Attorney for the Debtor Legal Recovery, LLC are denied; and

    3. The Debtor has two weeks from the hearing date, August 9, 2024, to file information with the Court regarding the employment of new legal counsel.

****END OF ORDER****

**COURT SERVICE LIST**

Legal Recovery LLC
PO Box 225254
San Francisco, CA 94122