Entered on Docket
September 10, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 10, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re,<br><br>LEGAL RECOVERY LLC<br><br>              Debtor. | ) Bankruptcy Case<br>) No. 24-30074-DM<br>)<br>) Chapter 11<br>) Subchapter V<br>)<br>)<br>) |

**ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7**

    On August 23, 2024, Mr. Demas Yan, the manager of Legal Recovery, LLC, filed a status statement (Dkt. 164) to report on Debtor's progress to obtain new counsel. On September 3, 2024, Mr. Yan filed a supplement statement (Dkt. 165) and identified attorney Paul Manasian will appear and represent the debtor. The new counsel has not appeared to date, and for the reasons stated on the record at the hearing held on August 9, 2024, it is HEREBY ORDERED that this Chapter 11 (Subchapter V) case is CONVERTED to Chapter 7. The conversion renders moot the similar motions to convert (Dkts. 79 and 109), and therefore, those motions are DENIED as moot.

**END OF ORDER**

COURT SERVICE LIST

All Creditors