Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Creditor
Lombard Flats, LLC.

**United States Bankruptcy Court**

**Northern District of California**

In re:                                    Case No.: 24-3-0074 DM

Legal Recovery, LLC.                      Chapter 7

                                          **OPPOSITION TO AUTOMATIC**
            Debtor                        **DISMISSAL**

On September 11, 2024, an Order was entered requiring the debtor to Corporate

Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1). [Dkt #171] Creditor would

oppose the dismissal until such time a chapter 7 trustee has had the opportunity to conduct the

meeting of creditors currently scheduled for October 9, 2024.

Dated: <u>September 24, 2024</u>

                                                    <u>/s/ Marc Voisenat</u>
                                                    Marc Voisenat, Attorney
                                                                 for Creditor