

**Signed and Filed: October 15, 2024**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, | ) Bankruptcy Case |
| | ) No. 24-30074-DM |
| LEGAL RECOVERY LLC | ) |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER TO NOT DISMISS CASE WITHOUT FURTHER ORDER**

Notwithstanding the *Order to File Required Documents On Converted Case and Notice of Automatic Dismissal* (Dkt 171) and the *Order and Notice Regarding Failure to Submit Federal Income Tax Return to the Trustee as Required by 11 U.S.C. Section 521(e)(2)(A)(i)* (Dkt 182), this case is not to be dismissed without further order of the court.

**END OF ORDER**

COURT SERVICE LIST

All Creditors