Form ONDFA

# UNITED STATES BANKRUPTCY COURT
# California Northern Bankruptcy Court

| In Re: Legal Recovery LLC | Case No.: 24–30074 |
|---|---|
| Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE
## TO APPEAR AT MEETING OF CREDITORS

**Notice is hereby given** that the debtor(s) failed to appear at the meeting of creditors. Therefore, in accordance with the **Notice of Chapter 7 Bankruptcy Case** filed on 9/11/24, it is ordered that this case is hereby dismissed.

Dated: 11/6/24

By the Court:

Dennis Montali
United States Bankruptcy Judge